DEMETRIUS P. TRAGGIS, TRUSTEE *v.* SHAWMUT BANK CONNECTICUT, N.A., ET AL.

*Joseph Glass*, in support of the petition.

*Roger J. Frechette*, in opposition.

Decided October 23, 2002

DONALD A. MITCHELL *v.* GUARDIAN SYSTEMS, INC.

*Donald A. Mitchell*, pro se, in support of the petition.

Decided October 23, 2002

HAROLD COHN & COMPANY, INC., ET AL. *v.* HARCO INTERNATIONAL, LLC, ET AL.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*John H. Lindsay*, in support of the petition.

*Christopher J. McCarthy*, in opposition.

Decided October 23, 2002